◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TROY LATIMER, Appellant. [718 NYS2d 692] —Judgment unanimously affirmed. Memorandum: The contention of defendant that reversal is required based on a *Batson* violation (*see, Batson v Kentucky*, 476 US 79) is not preserved for our review because he did not raise that alleged violation until after the jurors, including the alternates, were sworn (*see, People v Hoskins*, 254 AD2d 729, 729-730; *People v Williams*, 206 AD2d 917, *lv denied* 84 NY2d 911). In any event, defendant's contention

lacks merit. Even assuming, arguendo, that defendant established a prima facie case of discrimination, we agree with Supreme Court that the prosecutor's explanation for the challenge was race-neutral and was not pretextual (*see, People v Hinds,* 270 AD2d 891, 891-892; *see also, People v Barber,* 156 AD2d 1022, 1023, *lv denied* 75 NY2d 866). (Appeal from Judgment of Supreme Court, Monroe County, Mark, J.—Burglary, 3rd Degree.) Present—Pigott, Jr., P. J., Green, Hayes, Wisner and Lawton, JJ.